FERMINA FOVELLA v. THE STATE.

No. 5344. Decided March 19, 1919.

**Receiving Stolen Property—Statement of Facts—Practice on Appeal.**

In the absence of a statement of facts and bills of exception, the complaints in the motion for new trial cannot be considered, and the indictment being sufficient and no fundamental error appearing, the judgment is affirmed.

Appeal from the District Court of El Paso. Tried below before the Hon. W. D. Howe, judge.

Appeal from a conviction of receiving stolen property; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—In this case the appellant was tried for the offense of receiving and concealing stolen property valued at more than fifty dollars and was convicted and her punishment fixed at confinement in the State penitentiary for a term of two years.

The case is before this court without a bill of exceptions or a statement of facts; the motion for new trial complains of certain errors, the decision of which would be governed by the facts if properly before us; but in the absence of a statement of facts we cannot tell whether the matters complained of were error or not. The indictment sufficiently charges the offence and there appearing no fundamental errors the judgment of the lower court is affirmed.

*Affirmed.*